**Order entered March 26, 2020**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-19-01382-CV**

**CITY OF TERRELL, TEXAS, Appellant**

**V.**

**FREDERICK GEORGE EDMONDS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

**ORDER**

On the Court's own motion, we **REMOVE** this appeal from submission on April 9, 2020. Accordingly, we **DENY** appellees' request for a telephonic appearance on April 9, 2020 as moot. The appeal will be reset for submission in due course.

/s/ DAVID J. SCHENCK
   PRESIDING JUSTICE